# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

Case No. 5D2025-1026
LT Case No. 16-2023-CF-11056-A

————————————————————

TRAYVON TYRESE FERGUSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

July 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____